IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MARVIN D. HURLEY, II, a minor,
by KIMBERLY A. HURLEY, his next friend, and
KIMBERLY A. HURLEY, individually,

    Plaintiffs,

v.                                                   Civil Action No. 3:07CV14
                                                  (JUDGE BAILEY)

POTOMAC EDISON COMPANY,
d/b/a Allegheny Power,

    Defendant/Third Party Plaintiff,

v.

ASPLUNDH TREE EXPERT CO.,

and

TOWNSEND TREE SERVICE CO., INC.,

    Third Party Defendants.

## ORDER VACATING HEARING

The parties filed a stipulation advising the parties have resolved the matters set forth in the Order dated November 15, 2007.

Accordingly, the portion of the Order setting a hearing for **Friday, December 7, 2007**, **at 10:00 a.m.**, is **VACATED**.

IT IS SO ORDERED.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: December 6, 2007

/s/ James E. Seibert
JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE