IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
*Martinsburg Division*

MARVIN D. HURLEY, II, a minor,
By Kimberly A. Hurley, his next friend, and
KIMBERLY A. HURLEY, individually,

    *Plaintiffs*,

v.                                             Civil Action No. 3:07-CV-14

POTOMAC EDISON COMPANY, d/b/a Allegheny Power
800 Cabin Hill Drive Greensburg, PA 15601

    *Defendant/Third-Party Plaintiff*,

v.

ASPLUNDH TREE EXPERT CO.
and
TOWNSEND TREE SERVICE CO., INC.,

    *Third-Party Defendants*.

## PROPOSED AGREED ORDER EXTENDING EXPERT DISCLOSURES

On this the 31st day of January 2008, the parties by counsel represented that they had stipulated and agreed to an extension of the expert disclosure deadlines contained within the Court's scheduling order dated July 2, 2007, that, with reference to the Plaintiffs' Complaint, the expert disclosures for the party with the burden shall be filed on February 25, 2008, that the expert disclosures for the party without the burden shall be filed on March 28, 2008, and that with reference to the Third Party Complaint, Potomac Edison's expert disclosures shall be filed on March 14, 2008, and Asplundh's and Townsend's expert disclosures shall be filed on April 4, 2008, and jointly moved that this stipulation be approved, and it appearing to the Court that the stipulation of the parties is reasonable and proper and the joint motion should be granted, it is accordingly so ORDERED.

ENTERED this _8th_ day of February 2008.

_[signature]_
JOHN P. BAILEY
U.S. DISTRICT JUDGE

Agreed:

_/s/ Terrance L. Britt_
Terrance L. Britt
Counsel for Plaintiffs

_/s/ Matthew R. Whitler_
Matthew R. Whitler
Counsel for Potomac Edison Co.

_/s/ Bridget M. Cohee_
Bridget M. Cohee
Counsel for Asplundh Tree Expert Co.

_/s/ Charles F. Printz, Jr._
Charles F. Printz, Jr.
Counsel for Townsend Tree Service Co., Inc.

2044483.1